UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:  Case No.: 2:09−bk−20079−RTB

    20TH STREET, LLC  Chapter: 11
*Debtor(s)*

---

    20th Street,LLC  Adversary No.: 2:09−ap−01629−RTB
*Plaintiff(s)*

*v.*

    COUNTRYWIDE HOME LOANS, INC.
*Defendant(s)*

# NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on 2/5/10, the Court entered the attached judgment or order on the docket for the above−entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: February 8, 2010**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **Brian D. Karth**
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: fagans              Page 1 of 1              Date Rcvd: Feb 08, 2010
Case: 09-01629                Form ID: advntry          Total Noticed: 3

The following entities were noticed by first class mail on Feb 10, 2010.
ust          +U.S. TRUSTEE,    OFFICE OF THE U.S. TRUSTEE,    230 NORTH FIRST AVENUE,    SUITE 204,
              PHOENIX, AZ 85003-1725
pla          +20th Street,LLC,    22573 North 79th Place,    Scottsdale, AZ 85255-4003
dft          +COUNTRYWIDE HOME LOANS, INC.,    c/o CT Corporation System,    2394 E. Camelback Rd.,
              PHOENIX, AZ 85016-3429
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2010**                          Signature:  _Joseph Speetjens_