```
 1  Allan D. NewDelman, Esq, (004066)
    ALLAN D. NEWDELMAN, P.C.
 2  80 East Columbus Avenue
 3  Phoenix, Arizona 85012
    Telephone: (602) 264-4550
 4  Facsimile: (602) 277-0144
    Email: ANEWDELMAN@QWESTOFFICE.NET
 5  Attorney for Debtor
 6
 7              UNITED STATES BANKRUPTCY COURT
 8                    DISTRICT OF ARIZONA
 9
    In re                        )    In Proceeding Under
10                               )    Chapter 11
    20th Street, LLC             )
11                               )    Case No. 09-20079 RTB
12                               )
              Debtor.            )
13                               )    Adv. No. 09-01629 RTB
                                 )
14                               )
    20th Street, LLC             )
15             Plaintiff.        )    STIPULATED JUDGMENT
                                 )
16  v.                           )    (Re: 8512 East Roanoke Avenue,
                                 )    Scottsdale, AZ 85255)
17  Countrywide Home Loans       )
18                               )
                                 )
19                               )
              Defendant.         )
20                               )
21
        Upon Stipulation of the parties and good cause appearing;
22
        IT IS ORDERED that the value of the real property located at 8512 East Roanoke Avenue,
23
24  Scottsdale, AZ 85255 (the "Property") with a legal description as follows:
25          Lot 1425, of Scottsdale Estates Ten, according to the plat of record
            in the office of the County Recorder of Maricopa County Arizona,
26          recorded in Book 85 of Maps, Page 24.
27
    is $155,000.00 and that the Defendant's mortgage lien is secured to the extent of $155,000.00.
28
```

1  IT IS HEREBY ORDERED that a judgment be entered in favor of the Plaintiff against
2  Defendant, Countrywide Home Loans.
3  IT IS FURTHER ORDERED that the Defendant's mortgage lien as stated in its Deed of
4  Trust dated October 12, 2006 and recorded on October 18, 2006 with the Maricopa County
5  Recorder's office, No. 2006-1374833 is hereby reduced to the sum of $155,000.00.
6  IT IS FURTHER ORDERED that the lien shall be modified to reflect the secured amount
7  of $155,000.00 only upon the entry of discharge.
8  IT IS FURTHER ORDERED that the Debtor make seek release of the lien prior to
9  Debtor's substantial consummation of the Chapter 11 Plan and receipt of a Chapter 11 discharge
10 in the event of a sale or refinancing of the property.
11 IT IS FINALLY ORDERED that this Order is a FINAL Order.
12 SIGNED AND DATED ABOVE.

**IT IS SO STIPULATED:**

ALLAN D. NEWDELMAN, P.C.

Dated: 6/11/2010

By: _____
   ALLAN D. NEWDELMAN
   Attorney for 20th Street, LLC

TIFFANY & BOSCO, P.A.

Dated: 6/11/2010

By: _____
   Leonard McDonald
   Attorney for Defendant